# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tara Bruce, | : |
| | : Civil Action No.:  1:13-cv-00972-RJA |
| Plaintiff, | : |
| v. | : |
| Niagara Credit Solutions, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Niagara Credit Solutions, Inc. without prejudice and without costs to any party.

| Tara Bruce | Niagara Credit Solutions, Inc. |
|---|---|
| /s/ Sergei Lemberg | s/David Peltan |
| Sergei Lemberg, Esq. (SL 6331) | David G. Peltan, Esq. |
| LEMBERG LAW, LLC | Peltan Law, PLLC |
| 1100 Summer Street, 3rd Floor | 128 Church Street |
| Stamford, CT  06905 | East Aurora, NY 14052 |
| (203) 653-2250 | (716) 655-3887 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 21, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By  /s/ Sergei Lemberg_____
                  Sergei Lemberg